Geoffrey S. Kercsmar (#020528)
Gregory B. Collins (#023158)
Sean J. O'Hara (#024749)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
Telephone: (480) 421-1001
Facsimile: (480) 421-1002
gsk@kflawaz.com
gbc@kflawaz.com
sjo@kflawaz.com

Attorneys for Amnio Technology LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amnio Technology LLC,<br><br>            Plaintiff,<br><br>v.<br><br>BioDlogics LLC,<br><br>            Defendant. | Case No. 2:15-cv-00095-SRB<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Amnio Technology, LLC gives notice that the parties to this action have executed a Memorandum of Understanding concerning settlement. Upon completion of the final settlement documents, the parties anticipate that they will be filing a stipulation for dismissal.

1

DATED this 19th day of April, 2016.

KERCSMAR & FELTUS PLLC

By: *s/ Sean J. O'Hara*

Geoffrey S. Kerscmar
Gregory B. Collins
Sean J. O'Hara
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
*Attorneys for Amnio Technology LLC*

# **CERTIFICATE OF SERVICE**

I certify that on April 19, 2016, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following:

David B. Rosenbaum
Brett L. Dunkelman
Eric M. Fraser
**Osborn Maledon PA**
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012
drosenbaum@omlaw.com
bdunkelman@omlaw.com
efraser@omlaw.com

Daniel F. Diffley
**Alston & Bird LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
dan.diffley@alston.com

Michael J. Newton
Brady Cox
**Alston & Bird LLP**
2828 North Harwood Street, 18th Floor
Dallas, Texas 75201-2139
mike.newton@alston.com
brady.cox@alston.com

*s/ Brandi Bies*