Geoffrey S. Kercsmar (#020528)
Gregory B. Collins (#023158)
Sean J. O'Hara (#024749)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
Telephone: (480) 421-1001
Facsimile: (480) 421-1002
gsk@kflawaz.com
gbc@kflawaz.com
sjo@kflawaz.com

Attorneys for Amnio Technology LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amnio Technology LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>BioDlogics LLC,<br><br>                    Defendant. | Case No. 2:15-cv-00095-SRB<br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff and Defendant stipulate that the above-captioned matter be dismissed with prejudice, all parties to bear their own fees and costs. A proposed form of order is submitted with this stipulation.

1

DATED this 12th day of May, 2016.

2

KERCSMAR & FELTUS PLLC

3

4

By: *s/ Sean J. O'Hara*

5

Geoffrey S. Kerscmar

6

Gregory B. Collins
Sean J. O'Hara

7

7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251

8

*Attorneys for Amnio Technology LLC*

9

10

11

ALSTON & BIRD LLP

12

13

By:  *s/ Daniel F. Diffley*  (with permission)

14

Michael J. Newton
Brady Cox

15

2828 North Harwood Street, 18th Floor
Dallas, Texas 75201-2139

16

17

Daniel F. Diffley
One Atlantic Center

18

1201 West Peachtree Street

19

Atlanta, Georgia 30309-3424

20

OSBORN MALEDON PA

21

22

David B. Rosenbaum
Brett L. Dunkelman

23

Eric M. Fraser
2929 North Central Avenue, Suite 2100

24

Phoenix, Arizona 85012

25

*Attorneys for BioDlogics LLC*

26

27

28

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

## CERTIFICATE OF SERVICE

I certify that on May 12, 2016, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following:

David B. Rosenbaum
Brett L. Dunkelman
Eric M. Fraser
**Osborn Maledon PA**
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012
drosenbaum@omlaw.com
bdunkelman@omlaw.com
efraser@omlaw.com

Daniel F. Diffley
**Alston & Bird LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
dan.diffley@alston.com

Michael J. Newton
Brady Cox
**Alston & Bird LLP**
2828 North Harwood Street, 18th Floor
Dallas, Texas 75201-2139
mike.newton@alston.com
brady.cox@alston.com


*s/ Sean J. O'Hara*

Kersmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001