1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Amnio Technology LLC, | Case No. 2:15-cv-00095-SRB |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| BioDlogics LLC, | |
| Defendant. | |

Having considered the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the stipulation is GRANTED. (Doc. 74)

IT IS FURTHER ORDERED that the above-captioned matter is dismissed with prejudice. All parties are to bear their own fees and costs.

Dated this 13th day of May, 2016.

_____
Susan R. Bolton
United States District Judge